No. 96–9126. PADRON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–9141. PEREZ v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–9143. CURRY v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 96–9144. AYBAR v. DRUG ENFORCEMENT ADMINISTRATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–9146. BROWN v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 96–9148. MOORE v. LOUIS ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–9154. WIEDMER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–9155. WILLIAMS v. BORG, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–9156. BAILEY v. IGNACIO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 96–9161. MUNGIN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 96–9163. MATTHEWS v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–9166. HARE v. SACCHETT, ACTING WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–9167. HUGHES v. CITY OF CLEVELAND. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 96–9169. HARRIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.